FILED
CLERK

9:18 am, Oct 07, 2021

U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| DISPLAY TECHNOLOGIES, LLC, § § | |
| Plaintiff, § § | Case No: 2:21-cv-04904-GRB-AYS |
| vs. § § | PATENT CASE |
| NIKON AMERICAS, INC., § § | |
| Defendant. § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Display Technologies, LLC ("Plaintiff" and/or "Display") files this Notice of Voluntary Dismissal Without Prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Rule 41(a)(1)(A)(i), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer. Accordingly, Plaintiff hereby voluntarily dismisses this action against Defendant Nikon Americas, Inc. without prejudice, pursuant to Rule 41(a)(1)(A)(i) with each party to bear its own fees and costs.

Dated: October 6, 2021.                    Respectfully submitted,

                                                                         */s/ Jay Johnson*
                                                                         **JAY JOHNSON**
                                                                         State Bar No. 24067322
                                                                         **D. BRADLEY KIZZIA**
                                                                         State Bar No. 11547550
                                                                         **KIZZIA JOHNSON, PLLC**
                                                                         1910 Pacific Ave., Suite 13000
                                                                         Dallas, Texas 75201
                                                                         (214) 451-0164
                                                                         Fax: (214) 451-0165
                                                                         jay@kjpllc.com
                                                                         bkizzia@kjpllc.com

                                                             **ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true copy of the foregoing was filed electronically and served by operation of the Court's electronic filing system on October 6, 2021. Parties may access the foregoing through the Court's system.

                                                             */s/ Jay Johnson*
                                                             **JAY JOHNSON**

                            Dated: 10/4/2021
                            So Ordered. The Clerk of the Court is directed to close this case.
                            **/s/ Gary R. Brown**
                            GARY R. BROWN, U.S.D.J.